# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-347-GMN-(VCF) |
| ) | |
| MICHAEL SEAN HUGHES, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On October 2, 2012, defendant MICHAEL SEAN HUGHES pled guilty to a One-Count Criminal Information charging him with Conspiracy to Commit Bank, Mail, and Wire Fraud in violation of Title 18, United States Code, Section 1349.

This Court finds that MICHAEL SEAN HUGHES shall pay a criminal forfeiture money judgment of $1,000,180.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHAEL SEAN HUGHES a criminal forfeiture money judgment in the amount of $1,000,180.00 in United States Currency.

DATED this __10__ day of ____October____, 2012.

_____
UNITED STATES DISTRICT JUDGE