```
                                           ┌─────────────────────────────────┐
                                           │ ── FILED                         │
                                           │ ── ENTERED      ── RECEIVED       │
                                           │             COUNSEL/PARTIES OF RECORD │
                                           │                                  │
                                           │        MAR 2 1 2014              │
                                           │                                  │
                                           │      CLERK US DISTRICT COURT     │
                                           │        DISTRICT OF NEVADA        │
                                           │ BY:                    DEPUTY    │
                                           └─────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:12-CR-347-GMN-(VCF) |
| MICHAEL SEAN HUGHES, | ) ) |
| Defendant. | ) ) |

## ORDER OF FORFEITURE

This Court found on October 9, 2012, that MICHAEL SEAN HUGHES shall pay the criminal forfeiture money judgment of $1,000,180.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Information, ECF No. __; Plea Memorandum, ECF No. __; Order of Forfeiture, ECF No. 10; Change of Plea, ECF No. 11.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHAEL SEAN HUGHES the criminal forfeiture money judgment in the amount of $1,000,180.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code Section

. . .

. . .

. . .

1  2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section

2  853(p).

3      DATED this 21 day of March, 2014.

4

5

6

7                  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26